# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANE DAVAUGN FLY,
                Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
JAMES DZURENDA, DIRECTOR;
BRIAN WILLIAMS, WARDEN;
OFFENDER MANAGEMENT
DIVISION; AND THE STATE OF
NEVADA,
                Respondents.

No. 71982

**FILED**

APR 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on December 14, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

[1] In light of this order, we take no action on the pro se motion filed on March 10, 2017.

cc: Hon. Linda Marie Bell, District Judge
Dane Davaugn Fly
Attorney General/Carson City
Eighth District Court Clerk